1012

No. 84–6665.  EASTON *v.* OREGON STATE BAR.  Sup. Ct. Ore. Certiorari denied.

No. 84–6666.  MANNA, AKA IACOPELLI *v.* UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 84–6715.  ALVARADO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–6725.  MELTON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 84–6731.  WILLIAMS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 84–6733.  SAINTIL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–901.  AVCO FINANCIAL SERVICES, INC. *v.* DAVIS ET AL.  C. A. 6th Cir.  Motion of American Financial Services Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 84–1466.  WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* SONGER.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 84–1530.  TEXAS *v.* GRANGER.  Ct. Crim. App. Tex.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–6166.  SONGER *v.* FLORIDA.  Sup. Ct. Fla.;
No. 84–6582.  JONES *v.* VIRGINIA.  Sup. Ct. Va.;
No. 84–6612.  MAURER *v.* OHIO.  Sup. Ct. Ohio; and
No. 84–6617.  LUCAS *v.* SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.